IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEPHANIE REDMON, Individually and
as Personal Representative of the Estate of
Annette Redmon, Deceased                                              PLAINTIFF

v.                           No. 4:23-cv-825-DPM

SOUTHEASTRANS, INC. and
VERIDA, INC.                                                          DEFENDANTS

ORDER

The Court notes the joint report, and resolves the parties' discovery disputes as follows.

- **Verifications**

Redmon must provide a signed verification page for all of her unsworn interrogatory answers. Fed. R. Civ. P. 33(b)(3).

- **Stephanie Redmon's Responses to Requests for Production**

Redmon has already provided the death certificate. She must provide the letters of administration and probate court orders as soon as she can get them. She must also provide the signed authorizations.

- **Stephani Redmon's Answers to Interrogatories for Annette Redmon**

Redmon says she has provided all the information that she has regarding Interrogatories 6 and 8. Redmon's objections to Interrogatories 16, 21 & 23 are overruled. Southeastrans and Verida

are entitled to the requested medical records because they may contain relevant information about Annette Redmon's injuries and pre-existing conditions. And her objections were insufficient. LOCAL RULE 33.1(b); *St. Paul Reinsurance Co., Ltd. v. Commercial Financial Corp.*, 198 F.R.D. 508, 511-12 (N.D. Iowa 2000).

- **Stephanie Redmon's Responses to Requests for Production for Annette Redmon**

Redmon must provide the forms requested in Requests for Production 7, 27, 35, and 37-39. Redmon's objections to Requests for Production 10 and 32 are overruled. Her objections were insufficient. LOCAL RULE 33.1(b); *St. Paul Reinsurance Co.*, 198 F.R.D. at 511-12.

\* \* \*

Redmon must provide her signed verification page and supplemental responses and production by 19 July 2024. Joint report, *Doc. 19*, addressed.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2024