# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

STEPHANIE REDMON, Individually and
as Personal Representative of the Estate of
Annette Redmon, Deceased            PLAINTIFF

v.            No. 4:23-cv-825-DPM

SOUTHEASTRANS, INC. and VERIDIA,
INC.            DEFENDANTS

## ORDER

The Court notes the second joint report, *Doc. 23*, and resolves the parties' discovery disputes as follows.

**Verifications.** Redmon must provide a signed verification page for all of her unsworn interrogatory answers on behalf of her sister; and she must do so by 8 November 2024. Fed. R. Civ. P. 33(b)(3). If she does not, the Court will consider sanctions for noncooperation in discovery.

**Stephanie Redmon's Answers to Interrogatories and Responses to Requests for Production for Annette Redmon.** Redmon maintains that she has responded to Southeastrans and Verida's interrogatories and requests for production to the best of her ability. She's not required to produce information out of thin air. But she must make a reasonable effort to respond. 8B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2177 (3d ed. 2024 update). Redmon must file a

notice summarizing what efforts she made to get the answers to Interrogatories 16, 21, & 23. She must also summarize what efforts she made to get the documents sought in Requests for Production 10 and 32. She must provide this information by 8 November 2024.

The Court will hold an in-person status conference on 11 December 2024 at 1:30 p.m. in Jonesboro, Arkansas. While this is a Central Division case, some of us must travel in any event for the Court to meet with everyone. And this is the earliest date the Court can manage. Redmon must attend. If there is good cause to adjust the Final Scheduling Order, or take other needed steps, the Court will do so.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2024