IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEPHANIE REDMON, Individually and
as Personal Representative of the Estate of
Annette Redmon, Deceased                                          PLAINTIFF

v.                          No. 4:23-cv-825-DPM

SOUTHEASTRANS, INC. and VERIDA,
INC.                                                              DEFENDANTS

### ORDER

Counsel appeared for a status conference on 11 December 2024. Stephanie Redmon was delayed in travel but attended the last part of the hearing. No discovery disputes remain. Verida agreed to provide all information about the now-identified driver subject to a protective order. Counsel will propose one. Any individual claim by Stephanie Redmon is dismissed without prejudice by agreement. Southeastrans, Inc. is dismissed without prejudice as a defendant by agreement. A joint report regarding the possibility of mediation is due by 20 December 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 December 2024