# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

STEPHANIE REDMON, Individually and
as Personal Representative of the Estate of
Annette Redmon, Deceased                                    PLAINTIFF

v.                    No. 4:23-cv-825-DPM

SOUTHEASTRANS, INC. and VERIDA,
INC.                                                        DEFENDANTS

## JUDGMENT

Redmon's complaint is dismissed with prejudice. The Court retains jurisdiction until 12 May 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

11 March 2025